**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 27, 2012**

CASE NUMBER:  CV 12-00823 NC
CASE TITLE:  TOYODA GOSEI CO LTD-v-FORMOSA EPITAXY INC

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Yvonne Gonzalez Rogers** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **YGR** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/27/12

FOR THE EXECUTIVE COMMITTEE:

_____
                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                   Entered in Computer 3/27/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA